**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-40037-PWB |
| | ) | |
| Jimmy Lee Aslinger and | ) | |
| Hattie Louise Aslinger, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Debtor in the above- referenced matter filed a Motion seeking an Order reconsidering the Order of Dismissal.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter on **10:00 A.M. on October 5, 2022** in Courtroom 342, U. S. Courthouse, 600 East First Street, Rome, Georgia 30161.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia 30161. You must also mail a copy of your response to the undersigned at the address stated below.

Respectfully submitted,
Saeger & Associates, LLC

__/s/_____
Dan Saeger 680628
Attorney for Debtors

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-40037-PWB |
| | ) | |
| Jimmy Lee Aslinger and | ) | |
| Hattie Louise Aslinger, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

## MOTION TO RECONSIDER ORDER OF DISMISSAL

**COME NOW**, Jimmy Lee Aslinger and Hattie Louise Aslinger, Debtors in the above-styled case, by and through the undersigned counsel, and file this "Motion to Reconsider Order of Dismissal," showing this Honorable Court the following:

1.

Debtors filed a petition constituting an Order For Relief under Title 11 U.S.C. Chapter 13 on January 13, 2022. Debtor's case has not yet been confirmed.

2.

Debtors' case was dismissed on August 31, 2022 for failure to provide an appraisal of the Debtors' primary residence to the Chapter 13 Trustee.

3.

The Debtors have had an appraisal performed and are able to provide it to the Chapter 13 Trustee immediately.

WHEREFORE, Debtors pray

(a) That this "Motion to Reconsider Order of Dismissal" be filed, read and considered;

(b) That the Order of Dismissal be vacated and for the case to be continued so that the confirmation be renoticed; and

(c) That this Honorable Court grant such other and further relief as it may deem just and proper.

This 13th day of September, 2022.

                                                       Respectfully submitted,
                                                       Saeger & Associates, LLC

                                                       __/s/_____
                                                       Dan Saeger 680628
                                                       Attorney for Debtors

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

## CERTIFICATE OF SERVICE

      I certify that true and correct copies of the foregoing Motion have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

All parties on the attached matrix


Dated: September 13, 2022

                                              /s/Dan Saeger_____
                                              Dan Saeger
                                              Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

```
Label Matrix for local noticing      ARS                                 Americas Car-Mart INC
113E-4                               1643 NW 136th Ave                   1805 N 2nd ST STE 401
Case 22-40037-pwb                    City of Sunrise, FL  33323-2857     Rogers, AR 72756-2423
Northern District of Georgia
Rome
Mon Mar 21 11:23:18 EDT 2022

Jimmy Lee Aslinger                   Credit Bureau Associates            Creditors Bureau Associates of GA
124 Topper Way                       112 Ward St                         112 Ward St
Dalton, GA 30721-9548                Macon, GA  31204-3147               Macon, GA  31204-3147


Debt Recover Solutions, LLC          EMERGEENCY COVERAGE CORP            EMERGENCY COVERAGE CORPORATION
900 Merchants Concourse Ste LL11     PO BOX 1123                         c/o Wakefield & Associates, LLC
Westbury, NY  11590-5121             MINNEAPOLIS, MN 55440-1123          PO Box 51272
                                                                         Knoxville, TN 37950-1272


Exeter Finance                       Exeter Finance LLC                  Exeter Finance LLC
PO Box 166097                        AIS Portfolio Services, LP          4515 N. Santa Fe Ave. Dept. APS
Irving, TX 75016-6097                4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118-7901
                                     Oklahoma City, OK 73118-7901


(p)JPMORGAN CHASE BANK  N A          LVNV Funding c/o Resurgent Capital  LVNV Funding, LLC
BANKRUPTCY MAIL INTAKE TEAM          PO Box 1269                         Resurgent Capital Services
700 KANSAS LANE FLOOR 01             Greenville, SC 29602-1269           PO Box 10587
MONROE LA 71203-4774                                                     Greenville, SC 29603-0587


Aslinger, Hattie Louise              O Bros Motorsports                  PDQ Services
124 Topper Way                       1639 Lower Roswell Rd               700 Churchill Ct Ste 200
Dalton, GA 30721-9548                Marietta, GA 30068-3343             Woodstock, GA  30188-6841


(p)PERITUS PORTFOLIO SERVICES II  LLC   SANTANDER CONSUMER USA INC.      Dan Saeger
PO BOX 141419                                      P.O. BOX 961245       Saeger & Associates, LLC
IRVING TX 75014-1419                        FORT WORTH, TX 76161-0244    Suite D
                                                                         706 S Thornton Ave
                                                                         Dalton, GA 30720-8212


K. Edward Safir                      Santander                           (p)WAKEFIELD & ASSOCIATES
Standing Chapter 13 Trustee          PO Box 961245                       PO BOX 51272
Suite 1600                           Fort Worth, TX 76161-0244           KNOXVILLE TN 37950-1272
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1259
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JPMCB                                Pendrick Capital Partners II, LLC   Wakefield & Associates
383 Madison Ave                      Peritus Portfolio Services II, LLC  PO Box 50250
New York, NY  10179-0001             PO BOX 141419                       Knoxville, TN  37950
                                     IRVING, TX  75014-1419
```

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23