UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-40037-PWB |
| | : | |
| Jimmy Lee Aslinger and | : | CHAPTER 13 |
| Hattie Louise Aslinger, | : | |
| | : | |
| Debtors. | : | JUDGE PAUL W. BONAPFEL |
| | : | |

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Jimmy Lee Aslinger and Hattie Louise Aslinger have filed a Motion to Reconsider Order of Dismissal and related papers with the Court seeking an order reconsidering the Order of Dismissal.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the motion at the following number: (toll-free number*: 833-568-8864;* meeting id *161 794 3084*, at **10:00 A.M.** on October 5 2022 in Courtroom *342*, United States Courthouse, 600 East First Street, Rome, Georgia 30161.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: September 14, 2022

/s/
Dan Saeger
Counsel for Movant
Georgia Bar No. 680628 706
S Thornton Ave Ste D
Dalton, GA 30720
706-529-5566

## Certificate of Service

I hereby certify that on the 14th day of September, 2022, I electronically filed the foregoing Notice of Motion to Reconsider Order of Dismissal with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record.  I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

All other parties on the attached mailing matrix.

Dated:  September 14, 2022

/s/
Dan Saeger
706 S Thornton Ave Ste D\
Dalton, GA 30720

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 22-40037-pwb<br>Northern District of Georgia<br>Rome<br>Mon Mar 21 11:23:18 EDT 2022 | ARS<br>1643 NW 136th Ave<br>City of Sunrise, FL  33323-2857 | Americas Car-Mart INC<br>1805 N 2nd ST STE 401<br>Rogers, AR 72756-2423 |
| Jimmy Lee Aslinger<br>124 Topper Way<br>Dalton, GA 30721-9548 | Credit Bureau Associates<br>112 Ward St<br>Macon, GA  31204-3147 | Creditors Bureau Associates of GA<br>112 Ward St<br>Macon, GA  31204-3147 |
| Debt Recover Solutions, LLC<br>900 Merchants Concourse Ste LL11<br>Westbury, NY  11590-5121 | EMERGEENCY COVERAGE CORP<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | EMERGENCY COVERAGE CORPORATION<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 |
| Exeter Finance<br>PO Box 166097<br>Irving, TX 75016-6097 | Exeter Finance LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | LVNV Funding c/o Resurgent Capital<br>PO Box 1269<br>Greenville, SC 29602-1269 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Aslinger, Hattie Louise<br>124 Topper Way<br>Dalton, GA 30721-9548 | O Bros Motorsports<br>1639 Lower Roswell Rd<br>Marietta, GA 30068-3343 | PDQ Services<br>700 Churchill Ct Ste 200<br>Woodstock, GA  30188-6841 |
| (p)PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | SANTANDER CONSUMER USA INC.<br>P.O. BOX 961245<br>FORT WORTH, TX 76161-0244 | Dan Saeger<br>Saeger & Associates, LLC<br>Suite D<br>706 S Thornton Ave<br>Dalton, GA 30720-8212 |
| K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1259 | Santander<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JPMCB<br>383 Madison Ave<br>New York, NY  10179-0001 | Pendrick Capital Partners II, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Wakefield & Associates<br>PO Box 50250<br>Knoxville, TN  37950 |

**End of Label Matrix**
Mailable recipients    23
Bypassed recipients     0
Total                  23