```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING ORDER ENTERED ON DECEMBER 15, 2022**

```
CASE NO.:  R22-40037-PWB              PAUL W. BONAPFEL, JUDGE
DEBTORS:   JIMMY LEE ASLINGER         DATE: DECEMBER 15, 2022
           HATTIE LOUISE ASLINGER
```

TRUSTEE TO REPORT BACK

WHETHER THE DEBTORS' PLAN IS FUNDED.
WHETHER THE DEBTORS HAVE RE-NOTICED A HEARING ON CONFIRMATION OF THEIR PROPOSED CHAPTER 13 PLAN.

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

RECOMMENDS DISMISSAL BECAUSE:  THE DEBTORS HAVE DEFAULTED UNDER THE TERMS OF THE ORDER ENTERED DECEMBER 15, 2022, REQUIRING THEM TO BRING THEIR PLAN CURRENT AND TO RE-NOTICE A HEARING ON CONFIRMATION OF THEIR PROPOSED PLAN.

PLEASE ENTER AN ORDER OF DISMISSAL.

                    /s/
           _____
           BRANDI L. KIRKLAND
           ATTORNEY FOR THE STANDING CHAPTER 13 TRUSTEE
           GEORGIA BAR NO. 423627

K. Edward Safir, Standing Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

R22-40037-PWB

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

JIMMY LEE ASLINGER
124 TOPPER WAY
DALTON GA 30721-9548

HATTIE LOUISE ASLINGER
124 TOPPER WAY
DALTON GA 30721-9548

    I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

DAN SAEGER, ESQ.

This 6th day of January, 2023,

              /s/
_____
BRANDI L. KIRKLAND
ATTORNEY FOR THE STANDING CHAPTER 13 TRUSTEE
GEORGIA BAR NO. 423627

K. Edward Safir, Standing Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com