# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:   Debtor(s)
**Jimmy Lee Aslinger**
124 Topper Way
Dalton, GA 30721−9548

**xxx−xx−3392**

**Hattie Louise Aslinger**
124 Topper Way
Dalton, GA 30721−9548

**xxx−xx−5324**

Case No.: **22−40037−pwb**
Chapter: **13**
Judge: **Paul W. Bonapfel**

## ORDER OF DISMISSAL

The Chapter 13 Trustee reports that the Debtor(s) has failed to comply with the direction of the Court. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Paul W. Bonapfel
United States Bankruptcy Judge

Dated: January 9, 2023

Form 157

United States Bankruptcy Court

Northern District of Georgia

In re:  
Jimmy Lee Aslinger  
Hattie Louise Aslinger  
    Debtors

Case No. 22-40037-pwb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-6      User: bncadmin      Page 1 of 2  
Date Rcvd: Jan 09, 2023      Form ID: 157      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | | Jimmy Lee Aslinger, Hattie Louise Aslinger, 124 Topper Way, Dalton, GA 30721-9548 |
| 23719577 | | Debt Recover Solutions, LLC, 900 Merchants Concourse Ste LL11, Westbury, NY 11590-5121 |
| 23719581 | + | O Bros Motorsports, 1639 Lower Roswell Rd, Marietta, GA 30068-3343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 10 2023 01:04:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23719574 | ^ | MEBN | Jan 09 2023 20:04:49 | ARS, 1643 NW 136th Ave, City of Sunrise, FL 33323-3091 |
| 23771876 | + | Email/Text: bankruptcy@car-mart.com | Jan 09 2023 20:07:00 | Americas Car-Mart INC, 1805 N 2nd ST STE 401, Rogers, AR 72756-2423 |
| 23719575 | | Email/Text: ebankruptcy@cbamacon.com | Jan 09 2023 20:08:00 | Credit Bureau Associates, 112 Ward St, Macon, GA 31204-3147 |
| 23719576 | | Email/Text: ebankruptcy@cbamacon.com | Jan 09 2023 20:08:00 | Creditors Bureau Associates of GA, 112 Ward St, Macon, GA 31204-3147 |
| 23731136 | ^ | MEBN | Jan 09 2023 20:04:48 | EMERGEENCY COVERAGE CORP, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 23743855 | | Email/Text: bankruptcytn@wakeassoc.com | Jan 09 2023 20:07:00 | EMERGENCY COVERAGE CORPORATION, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 23719578 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 09 2023 20:09:48 | Exeter Finance, PO Box 166097, Irving, TX 75016-6097 |
| 23755337 | + | EDI: AISACG.COM | Jan 10 2023 01:04:00 | Exeter Finance LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23719579 | | EDI: JPMORGANCHASE | Jan 10 2023 01:04:00 | JPMCB, 383 Madison Ave, New York, NY 10179-0001 |
| 23719580 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2023 20:09:37 | LVNV Funding c/o Resurgent Capital, PO Box 1269, Greenville, SC 29602-1269 |
| 23739655 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2023 20:09:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23719582 | | Email/Text: Bankruptcy@PDQServices.net | Jan 09 2023 20:08:00 | PDQ Services, 700 Churchill Ct Ste 200, Woodstock, GA 30188-6841 |
| 23777276 | | Email/Text: perituspendrick@peritusservices.com | Jan 09 2023 20:07:00 | Pendrick Capital Partners II, LLC, Peritus |

| District/off: 113E-6 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 09, 2023 | Form ID: 157 | Total Noticed: 20 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 23731443 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2023 20:08:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 23719583 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2023 20:08:00 | Santander, PO Box 961245, Fort Worth, TX 76161-0244 |
| 23719584 |  | Email/Text: bankruptcytn@wakeassoc.com | Jan 09 2023 20:07:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dan Saeger | on behalf of Joint Debtor Hattie Louise Aslinger dansaeger@gmail.com  G64511@notify.cincompass.com |
| Dan Saeger | on behalf of Debtor Jimmy Lee Aslinger dansaeger@gmail.com  G64511@notify.cincompass.com |
| K. Edward Safir | courtdailysummary@atlch13tt.com |

TOTAL: 3